UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

GERALD KAIN,

    Plaintiff,

v.                                                                                                               05-3149

MARC LEVINSON,
TIM LAWRENCE,
AMY RAY,

    Defendants.

## Order

    The plaintiff has not responded to Defendants' Summary Judgment motions. Defendants' proposed facts, supported by cites to the record, are therefore accepted as true. *See* Central District of Illinois Local Rule 7.1(D)(2)(". . .[F]ailure to respond shall be deemed an admission of the motion [for summary judgment]."); Rule 56 Notice, d/e's 29, 38; *Smith v. Lamz*, 321 F.3d 680, 682-83 (7th Cir. 2003), *quoting Bordelon v. Chicago Sch. Reform Bd. of Trustees*, 233 F.3d 524, 529 (7th Cir. 2000)( . . . "[F]ailure to respond by the nonmovant as mandated by the local rules results in an admission. . . ." (citation omitted)).

    Defendants' facts show that the plaintiff failed to exhaust his administrative remedies, and that Defendants' Levinson and Ray bear no personal responsibility for the alleged failure to treat the plaintiff's alleged mental condition. Accordingly, summary judgment is mandated for Defendants on the merits.

    **IT IS THEREFORE ORDERED** that Defendants' summary judgment motions are granted (d/e 36, 38). The Clerk of the court is directed to enter judgment in favor of Defendants and against the plaintiff pursuant to Fed. R. Civ. P. 56. The case is terminated, parties are to bear their own costs.

**Entered This 6th Day of December, 2006.**

                                                  s\Harold A. Baker

                                                **Harold A. Baker**
                                                **U.S. District Judge**